IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:05CR178 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| ALFRED McBRIDE, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion to Continue Revocation Hearing, filing 56, now set for August 9, 2012, at 12:30 p.m., until a date certain in November, 2012. The Court, being fully advised in the premises, and noting that the probation office has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 6th day of November, 2012, at 12:30 p.m. The defendant is ordered to appear at such time.

Dated this 8th day of August, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge