IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:05CR178 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ALFRED McBRIDE, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, (filing 58), now set for Tuesday, November 6, 2012, at 12:30 p.m., until a date certain in 90 to 120 days. The Court, being fully advised in the premises, and noting that the probation office and AUSA Wear have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 20th day of February, 2013, at 12:00 noon. The defendant is ordered to appear at such time.

Dated this 5th day of November, 2012.

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge